IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOSEPH DAVIS, JR.**                                            **PLAINTIFF**

v.                                            Civil No. 1:10-cv-23-HSO-JMR

**BANK OF AMERICA CORPORATION, et al.**              **DEFENDANTS**

## FINAL JUDGMENT

This matter came on to be heard on Plaintiff Joseph Davis, Jr.'s Application [142] for Entry of Default against Defendant Coldata, Inc. ("Coldata") and Motion for Default Judgment [141] against Coldata. Coldata is the only Defendant remaining in this case. The Court, after a full review and consideration of the Plaintiff's submissions, the pleadings on file, and relevant legal authorities, finds that in accord with its Order entered herewith, along with its earlier Orders [35][113][134],

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendant Coldata, Inc. Plaintiff Joseph Davis, Jr.'s claims against Coldata, Inc. are hereby dismissed with prejudice. This civil action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 22nd day of February, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE